B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Life Fund 5.2, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8401820** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 North LaSalle, Suite 2100**<br>**Chicago, IL**     ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Life Fund 5.2, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Life Fund 5.2, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

_____
Address

Email: mlgesas@arnstein.com
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**September  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Russell E. Mackert**
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **Life Fund 5.2, LLC**                           ,     Case No. _____

                                        Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Life Fund 5.1, LLC**<br>**Northern** | **09-32672**<br>**Affiliate** | **09/02/09**<br>**A. Benjamin Goldgar** |

**See list of affiliated debtors attached hereto**

EXHIBIT TO PETITION

### AFFILIATED DEBTORS
### Cases Filed September 1, 2009

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

In re   **Life Fund 5.2, LLC**                                                        Case No. _____
                                                                              ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph - Level 7-425 Chicago, IL 60606** | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | 217-782-2256/782-8876 fax 312-793-3384/793-1202 fax | | | | | |
| **Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Securities and Exchange Commission** | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 512-305-8300/305-8310 fax 713-426-0336/426-6965 fax | | | | | |
| **Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | | 0.00 |
| | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Life Fund 5.2, LLC**_____,   Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Abeyta, Rudolph 10316 Wooded Hobbs Trail Fairdale, KY 40118 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Ahmann, James 249 Cardinal Dr. Bloomingdale, IL 60108 | | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Alexander, Robert C. and Barbara A. 1510 Palmyra Ave. Richmond, VA 23227 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Allen, Jeffrey D. 8482 W. Marcum Ct. Boise, ID 83704 | | - | | | | | | | Unknown |
| __18__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          S/N:27036-090414   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Armstrong, Thomas and Suzanne**<br>**3319 Alden Manor Ln.**<br>**Katy, TX 77494** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Ascol, Afred A.**<br>**5901 Peveto Lane**<br>**Orange, TX 77632** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Boyd, Howard and Rita**<br>**304 Blue Water Ct. # 104**<br>**Glen Burnie, MD 21060** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Broach, Joseph T.**<br>**3688 Jefferson Landing Rd**<br>**Powhatan, VA 23139** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Bumgardner, John**<br>**2345 Stonecrop Way**<br>**Golden, CO 80401** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __**1**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Life Fund 5.2, LLC**                                                    ,     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Burton, Dennis 1709 Blue Bell Round Rock, TX 78613 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Canslor, Marshall Ray 1103 E. Klute St. Maiden, NC 28650 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Carebear Ltd. c/o Willens, Barry 2915 Royal Circle Dr. Kingwood, TX 77339 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Carl, Gary F. 4610 Hubbard Dr. Troy, MI 48085 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Casey, James P. 403 S. Orchard Dr. Park Forest, IL 60466 | - | | | | | | Unknown |

Sheet no. __2__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**
_____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Charles and Nancy Aubin Family Trust** **346 Walnut Grove Lane** **Coppell, TX 75019** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Choate, Henry Willis, IV** **111 W. Main** **Marietta, OK 73448** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Collins, Michael Cashe** **800 Lark Lane** **Oak Leaf, TX 75154** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Conrady, Roy Lee** **11990 W. FM 174** **Windthorst, TX 76389** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Cooper, Kelly A.** **5108 Weather Rock Ln.** **Fort Worth, TX 76179** | | - | | | | | **Unknown** |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                                                ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Curtis, Blaine W. and Claudia B. 1910 London Plane Rd. Salt Lake City, UT 84124** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Dang, David and Chau 6615 Trenton Lake Ln. Houston, TX 77041** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Davidson, Terry 7631 Creek Glen Dr. Houston, TX 77095** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Donald A. Farber Char. Rem. Tr. dtd 4/28 421 N. Locust St. Reedsburg, WI 53959** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Dwyer, Paul and Jewer, Carolyn 23335 Dunhill Ct. Katy, TX 77494** | - | | | | | | Unknown |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Entrust Group Entrust Retirement Services, Inc. 17171 Park Row, Suite 100 Houston, TX 77084** | - | | | | **2 quarters due - $195/quarter per qualified account investor ($390 per investor x 80 investors)** | | | | **15,600.00** |
| Account No. **Fazioli, William J. 16124 Carden Drive Odessa, FL 33556** | - | | | | **Investment** | | | | **Unknown** |
| Account No. **Fiandt, Terry 4813 Bellview Dr. Bellaire, TX 77401** | - | | | | **Investment** | | | | **Unknown** |
| Account No. **Fleming, Michael J. 2672 S. 1050 E. Hagerman, ID 83332** | - | | | | **Investment** | | | | **Unknown** |
| Account No. **Policy No. 6793787** **Genworth Life 700 Main Street Lynchburg, VA 24504** | - | | | | **Policy Premiums** | | | | **Unknown** |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Grove, Arlen 2906 Stoney Wood Dr. Houston, TX 77082 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hagemann, Alvin V. S985 Hagemann Rd. Wonewoc, WI 53968 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hall, Clarence D. III 13915 Grosvenor St. Houston, TX 77034 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hanks, Darryl E. 227 Crown Point Dr. Coppell, TX 75019 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hansen, Daryl 3265 Potter Rd. Bear Lake, MI 49614 | | - | | | | | | Unknown |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                    ,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Held, Fred and Alma P.** **7700 Sun Island Dr. # 601** **South Pasadena, FL 33707** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Hough, Orlene A.** **1631 Pine Ridge Dr.** **Onalaska, WI 54650** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Householder, Ronald E.** **1824 Lake Landing Drive** **League City, TX 77573** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Hubenak, Avin** **3227 Marian Lane** **Rosenberg, TX 77471** | - | | | | | | **Unknown** |
| Account No. **Policy No. 911618622** | | | Policy Premiums | | | | |
| **ING Life Insurance Company** **909 Locust Street** **Des Moines, IA 50309** | - | | | | | | **Unknown** |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                              ,        Case No. _____
                                                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Policy No. 911615843** <br><br> **ING Life Insurance Company** <br> **909 Locust Street** <br> **Des Moines, IA 50309** | - | | | **Policy Premiums** | | | | **Unknown** |
| Account No. <br><br> **Iteogu, Michael O.** <br> **124 Boulder Cove** <br> **Macon, GA 31032** | - | | | **Investment** | | | | **Unknown** |
| Account No. <br><br> **James R and Gladys L Page** <br> **Revocable Livi** <br> **1648 Dilg League Dr.** <br> **Shreveport, LA 71109** | - | | | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Jones, Kenneth K.** <br> **8307 East Point Blvd** <br> **Baytown, TX 77521** | - | | | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Kavalayil, Rosamma** <br> **158 Perfidia Dr.** <br> **Houston, TX 77015** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __**8**___ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                              ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Leach, David W.**<br>**2425 Augusta Dr. #47**<br>**Houston, TX 77057** | - | | Investment | | | | **Unknown** |
| Account No. **Policy No. 01N1348312**<br><br>**Lincoln Benefit Life Insurance Co.**<br>**P.O. Box 80469**<br>**Lincoln, NE 68501-0469** | - | | Policy Premiums | | | | **Unknown** |
| Account No. **Policy No. JP5578112**<br><br>**Lincoln Benefit Life Insurance Co.**<br>**P.O. Box 80469**<br>**Lincoln, NE 68501-0469** | - | | Policy Premiums | | | | **Unknown** |
| Account No. **Policy No. JJ7002605**<br><br>**Lincoln Benefit Life Insurance Co.**<br>**P.O. Box 80469**<br>**Lincoln, NE 68501-0469** | - | | Policy Premiums | | | | **Unknown** |
| Account No.<br><br>**Lockett, Donna Marie**<br>**1032 W. Commerce**<br>**Brownwood, TX 76801** | - | | Investment | | | | **Unknown** |

Sheet no. __9__ of __18__ sheets attached to Schedule of                                  Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                      ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Looney, Mike and Susi 7622 Holly Court Estates Houston, TX 77095** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Matthews, Donald A. 2421 SW 116th. Street Oklahoma City, OK 73170** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Matthews, Moses 106 N. Haines St. Williamston, NC 27892** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Maussner, Richard A. 29 Hawthorne Trl. Depew, NY 14043** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Moore, Thomas O. 2020 East 4th Street Superior, WI 54880** | - | | | | | | **Unknown** |

Sheet no. __10__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                                      ,      Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Moore, Wayland W., Jr.** **3598 NW 27th Ave.** **Boca Raton, FL 33434** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Myrtle V. 'Anderson Trust** **1782 County Rd. Z** **Blue Mound, WI 53517** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Page Revocable Living Trust** **1648 Dilg League Dr.** **Shreveport, LA 71109** | - | | | | | | Unknown |
| Account No. **Policy No. 4611885** | | | Policy Premiums | | | | |
| **Principal Life Insurance Company** **711 High Street** **Des Moines, IA 50392** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Puff, Richard A.** **9980 Felch Ave.** **Grant, MI 49327** | - | | | | | | Unknown |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| **Ransom, Greg** **8515 Breen Dr.** **Houston, TX 77064** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Ransom, Renee** **8515 Breen Dr.** **Houston, TX 77064** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Reyes, Ana A.** **7207 Longvine Dr.** **Houston, TX 77072** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Rikard, William** **1008 12th St.** **Galena Park, TX 77547** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Rubrecht, Caryn** **12209 Twin Branch Acres Rd.** **Tampa, FL 33626** | - | | | | | | | | **Unknown** |

Sheet no. __**12**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Salow, Jerome S.**<br>**11138 161st St.**<br>**Chippewa Falls, WI 54729** | - | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Sarah K & Michelle R Simon**<br>**Irrevocable T**<br>**2401 Arbor Trail**<br>**Colleyville, TX 76034** | - | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Sarah K and Nicole E Simon**<br>**Irrevocable T**<br>**2401 Arbor Trail**<br>**Colleyville, TX 76034** | - | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Schouveller, David J.**<br>**435 E. Wyoming St.**<br>**St. Paul, MN 55107** | - | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Sclafani, Michael A.**<br>**2308 SW 31st. Ave.**<br>**Hallandale, FL 33009** | - | | | Investment | | | | **Unknown** |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sclafani, Michael A.**<br>**2308 SW 31st. Ave.**<br>**Hallandale, FL 33009** | - | | Investment | | | | **Unknown** |
| Account No.<br><br>**Self, Mark**<br>**1464 Drake Lane**<br>**Lancaster, PA 17601** | - | | Investment | | | | **Unknown** |
| Account No.<br><br>**Simon, Elliot R. and Sarah K.**<br>**2401 Arbor Trail**<br>**Colleyville, TX 76035** | - | | Investment | | | | **Unknown** |
| Account No.<br><br>**Simon, Elliot Robert**<br>**2401 Arbor Trail**<br>**Colleyville, TX 76034** | - | | Investment | | | | **Unknown** |
| Account No.<br><br>**Smart, Virginia I.**<br>**13249 Smart Road**<br>**Brainerd, MN 56401** | - | | Investment | | | | **Unknown** |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Sneider, James B.<br>493 Folk Crest Ln<br>Dickinson, TX 77539 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Sopher, Beth<br>7410 Manor Bridge Ct.<br>Houston, TX 77095 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Sopher, Steven V.<br>740 Manor Bridge Ct.<br>Houston, TX 77095 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Tangdol, Conchita C.<br>10311 Ivy Hollow Lane<br>Cypress, TX 77433 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Taylor, Christopher A.<br>11518 Aucuba Lane<br>Houston, TX 77095 | - | | | Investment | | | | Unknown |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Taylor, Christopher A. 11518 Aucuba Lane Houston, TX 77095 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Terlikoski, Louis 22607 Cardinal Ln. Tomball, TX 77377 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| The Shirley Mae Maddux Collins Living Tr 800 Lark Lane Oak Leaf, TX 75154 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Thomas, Rosemary D. 360 Wild Rose Lane Romeoville, IL 60446 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Thompson, Elizabeth A. 15481 Meherrin Dr. Centreville, VA 20120 | - | | | | | | | Unknown |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Life Fund 5.2, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Turnbull, Randy H. 651 Normandy Road Madeira Beach, FL 33708 | | | - | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Turnbull, Randy H. 651 Normandy Road Madeira Beach, FL 33708 | | | - | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Wells, Richard F. 13500 Mahogany Pl. Chesterfield, VA 23832 | | | - | | | | | | Unknown |
| Account No.  Policy No. Z06027381 | | | | | Policy Premiums | | | | |
| West Coast Life Insurance Company P.O. Box 2224 Birmingham, AL 35246-0030 | | | - | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Winkelmann, Betty K. 33502 Hillside Dr. Pinehurst, TX 77362 | | | - | | | | | | Unknown |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Life Fund 5.2, LLC**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wood, James** <br> **8875 21 Mile Rd.** <br> **Sand Lake, MI 49343** | | - | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Woodside, Shirley M.** <br> **15732 Whitby** <br> **Livonia, MI 48154** | | - | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Woolfolk, Royce W., Jr.** <br> **1603 Confederate Ave.** <br> **Richmond, VA 23227** | | - | **Investment** | | | | **Unknown** |
| Account No. <br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

| Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **15,600.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Life Fund 5.2, LLC**                                                                    Case No.

                                                                    Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**30**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  2, 2009**                          Signature    **/s/ Russell E. Mackert**

                                                                    **Russell E. Mackert**
                                                                    **Manager of Shepherd Capital Management, LLC**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Life Fund 5.2, LLC** _____    Case No. _____

_____    Chapter    **11**
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____    **93**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September  2, 2009** _____    **/s/ Russell E. Mackert** _____

**Russell E. Mackert/Manager of Shepherd Capital Management, LLC**
Signer/Title

Abeyta, Rudolph
10316 Wooded Hobbs Trail
Fairdale, KY 40118


Ahmann, James
249 Cardinal Dr.
Bloomingdale, IL 60108


Alexander, Robert C. and Barbara A.
1510 Palmyra Ave.
Richmond, VA 23227


Allen, Jeffrey D.
8482 W. Marcum Ct.
Boise, ID 83704


Armstrong, Thomas and Suzanne
3319 Alden Manor Ln.
Katy, TX 77494


Ascol, Afred A.
5901 Peveto Lane
Orange, TX 77632


Boyd, Howard and Rita
304 Blue Water Ct. # 104
Glen Burnie, MD 21060


Broach, Joseph T.
3688 Jefferson Landing Rd
Powhatan, VA 23139


Bumgardner, John
2345 Stonecrop Way
Golden, CO 80401


Burton, Dennis
1709 Blue Bell
Round Rock, TX 78613


Canslor, Marshall Ray
1103 E. Klute St.
Maiden, NC 28650

Carebear Ltd. c/o Willens, Barry
2915 Royal Circle Dr.
Kingwood, TX 77339


Carl, Gary F.
4610 Hubbard Dr.
Troy, MI 48085


Casey, James P.
403 S. Orchard Dr.
Park Forest, IL 60466


Charles and Nancy Aubin Family Trust
346 Walnut Grove Lane
Coppell, TX 75019


Choate, Henry Willis, IV
111 W. Main
Marietta, OK 73448


Collins, Michael Cashe
800 Lark Lane
Oak Leaf, TX 75154


Conrady, Roy Lee
11990 W. FM 174
Windthorst, TX 76389


Cooper, Kelly A.
5108 Weather Rock Ln.
Fort Worth, TX 76179


Curtis, Blaine W. and Claudia B.
1910 London Plane Rd.
Salt Lake City, UT 84124


Dang, David and Chau
6615 Trenton Lake Ln.
Houston, TX 77041


Davidson, Terry
7631 Creek Glen Dr.
Houston, TX 77095

Donald A. Farber Char. Rem. Tr. dtd 4/28
421 N. Locust St.
Reedsburg, WI 53959


Dwyer, Paul and Jewer, Carolyn
23335 Dunhill Ct.
Katy, TX 77494


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084


Fazioli, William J.
16124 Carden Drive
Odessa, FL 33556


Fiandt, Terry
4813 Bellview Dr.
Bellaire, TX 77401


Fleming, Michael J.
2672 S. 1050 E.
Hagerman, ID 83332


Genworth Life
700 Main Street
Lynchburg, VA 24504


Grove, Arlen
2906 Stoney Wood Dr.
Houston, TX 77082


Hagemann, Alvin V.
S985 Hagemann Rd.
Wonewoc, WI 53968


Hall, Clarence D. III
13915 Grosvenor St.
Houston, TX 77034


Hanks, Darryl E.
227 Crown Point Dr.
Coppell, TX 75019

Hansen, Daryl
3265 Potter Rd.
Bear Lake, MI 49614


Held,  Fred and Alma P.
7700 Sun Island Dr. # 601
South Pasadena, FL 33707


Hough, Orlene A.
1631 Pine Ridge Dr.
Onalaska, WI 54650


Householder, Ronald E.
1824 Lake Landing Drive
League City, TX 77573


Hubenak, Avin
3227 Marian Lane
Rosenberg, TX 77471


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60606


ING Life Insurance Company
909 Locust Street
Des Moines, IA 50309


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


Iteogu, Michael O.
124 Boulder Cove
Macon, GA 31032


James R and Gladys L Page Revocable Livi
1648 Dilg League Dr.
Shreveport, LA 71109


Jones, Kenneth K.
8307 East Point Blvd
Baytown, TX 77521

Kavalayil, Rosamma
158 Perfidia Dr.
Houston, TX 77015


Leach, David W.
2425 Augusta Dr. #47
Houston, TX 77057


Lincoln Benefit Life Insurance Co.
P.O. Box 80469
Lincoln, NE 68501-0469


Lockett, Donna Marie
1032 W. Commerce
Brownwood, TX 76801


Looney, Mike and Susi
7622 Holly Court Estates
Houston, TX 77095


Matthews, Donald A.
2421 SW 116th. Street
Oklahoma City, OK 73170


Matthews, Moses
106 N. Haines St.
Williamston, NC 27892


Maussner, Richard A.
29 Hawthorne Trl.
Depew, NY 14043


Moore, Thomas O.
2020 East 4th Street
Superior, WI 54880


Moore, Wayland W., Jr.
3598 NW 27th Ave.
Boca Raton, FL 33434


Myrtle V. 'Anderson Trust
1782 County Rd. Z
Blue Mound, WI 53517

Page Revocable Living Trust
1648 Dilg League Dr.
Shreveport, LA 71109


Principal Life Insurance Company
711 High Street
Des Moines, IA 50392


Puff, Richard A.
9980 Felch Ave.
Grant, MI 49327


Ransom, Greg
8515 Breen Dr.
Houston, TX 77064


Ransom, Renee
8515 Breen Dr.
Houston, TX 77064


Reyes, Ana A.
7207 Longvine Dr.
Houston, TX 77072


Rikard, William
1008 12th St.
Galena Park, TX 77547


Rubrecht, Caryn
12209 Twin Branch Acres Rd.
Tampa, FL 33626


Salow, Jerome S.
11138 161st St.
Chippewa Falls, WI 54729


Sarah K & Michelle R Simon Irrevocable T
2401 Arbor Trail
Colleyville, TX 76034


Sarah K and Nicole E Simon Irrevocable T
2401 Arbor Trail
Colleyville, TX 76034

Schouveller, David J.
435 E. Wyoming St.
St. Paul, MN 55107


Sclafani, Michael A.
2308 SW 31st. Ave.
Hallandale, FL 33009


Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission


Self, Mark
1464 Drake Lane
Lancaster, PA 17601


Simon, Elliot R. and Sarah K.
2401 Arbor Trail
Colleyville, TX 76035


Simon, Elliot Robert
2401 Arbor Trail
Colleyville, TX 76034


Smart, Virginia I.
13249 Smart Road
Brainerd, MN 56401


Sneider, James B.
493 Folk Crest Ln
Dickinson, TX 77539


Sopher, Beth
7410 Manor Bridge Ct.
Houston, TX 77095

Sopher, Steven V.
740 Manor Bridge Ct.
Houston, TX 77095


Tangdol, Conchita C.
10311 Ivy Hollow Lane
Cypress, TX 77433


Taylor, Christopher A.
11518 Aucuba Lane
Houston, TX 77095


Terlikoski, Louis
22607 Cardinal Ln.
Tomball, TX 77377


Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


The Shirley Mae Maddux Collins Living Tr
800 Lark Lane
Oak Leaf, TX 75154


Thomas, Rosemary D.
360 Wild Rose Lane
Romeoville, IL 60446


Thompson, Elizabeth A.
15481 Meherrin Dr.
Centreville, VA 20120


Turnbull, Randy H.
651 Normandy Road
Madeira Beach, FL 33708


Wells, Richard F.
13500 Mahogany Pl.
Chesterfield, VA 23832

West Coast Life Insurance Company
P.O. Box 2224
Birmingham, AL 35246-0030


Winkelmann, Betty K.
33502 Hillside Dr.
Pinehurst, TX 77362


Wood, James
8875 21 Mile Rd.
Sand Lake, MI 49343


Woodside, Shirley M.
15732 Whitby
Livonia, MI 48154


Woolfolk, Royce W., Jr.
1603 Confederate Ave.
Richmond, VA 23227